IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STARR SURPLUS LINES INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CUSHING HOSPITALITY, LLC, )<br>)<br>Defendant. ) | Case No.  CIV-20-0651-F |

## **JUDGMENT**

Based on the court's rulings set out in the order entered today, judgment in this declaratory judgment action is hereby entered in favor of plaintiff Starr Surplus Lines Insurance Company and against defendant Cushing Hospitality, LLC.

The order entered today declared as follows.

Starr Surplus Lines Insurance Company has no obligation to indemnify CMP Construction, Inc., and no obligation to pay the judgment that was obtained by Cushing Hospitality, LLC, against CMP Construction, Inc., in state court.  The state-court judgment was entered on June 8, 2020, by The District Court of Payne County, State of Oklahoma, in CJ-20-8.  The state-court judgment confirmed an arbitration award in favor of Cushing Hospitality, LLC.  On that basis, the state court awarded judgment to Cushing Hospitality, LLC, in the amount of $1,856,107.65.  For the reasons stated in this order, this federal court has determined and hereby declares

that Starr Surplus Lines Insurance Company has no obligation to pay any portion of that state-court judgment.

DATED this 22nd day of March, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0651p010.docx